IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

ALARMAX DISTRIBUTORS, INC., :
:
Plaintiff, :
: Case No. 05-0663
vs. :
:
ATLAS WIRE AND CABLE CORP. :
:
Defendant. :

## ORDER OF COURT

AND NOW this, _____9th_____ May, 2006 upon the stipulation of the parties, Plaintiff/Counterclaim Defendant, AlarMax Distributors, Inc. ("AlarMax") and Defendant/Counterclaim Plaintiff Atlas Wire and Cable Corp. ("Atlas"), it is hereby ORDERED, ADJUDGED AND DECREED that this Action, including all claims and counterclaims asserted therein, be and hereby is, DISMISSED WITH PREJUDICE in its entirety.

_____